06-CR-00174-PRO

MAGISTRATE JUDGE DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FILED LODGED ENTERED RECEIVED
OCT 23 2006
BY CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES OF AMERICA,    )   NO. CR03-5028
                             )
         Plaintiff,          )
                             )   ORDER GRANTING MOTION TO
    vs.                      )   CONTINUE TRIAL DATE
                             )
JUSTIN C. BEINS,             )
                             )
         Defendant.          )
_____)

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to November 27, 2006. The resulting period of delay from October 23, 2006, to November 27, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 23rd day of October, 2006.

_____
JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/_____
Russell V. Leonard
Attorney for Defendant

/s/_____
Captain Glen Templeton
Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710